IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PERRY BARNES, MATHEW MILLER, DAVID RATHJEN, MICHAEL SCHMID, KURT DENKER, and RICHARD BERGGEN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OMAHA, A Municipal Corporation, MICHAEL FAHEY, Individually And In His Official Capacity, PAUL LANDOW, Individually And In His Official Capacity, and THOMAS WARREN, Individually And In His Official Capacity,<br><br>　　　　Defendants. | 8:07cv110<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　SO ORDERED.
　　DATED this 26th day of March, 2007.

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　Chief United States District Judge